**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ANA DIEGUEZ,

    Plaintiff,

v.                                                       Case No: 8:16-cv-760-T-30EAJ

LM GENERAL INSURANCE
COMPANY,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's "Response to Defendant's Notice of Removal and Remand to State Court" (Dkt. #5), which this Court construes as a Motion to Remand, and Defendant's Reply thereto (Dkt. #8).  Upon review and consideration, the Court concludes that Plaintiff's request to remand this case is without merit.

Plaintiff's terse argument in favor of remand is unpersuasive; Plaintiff simply states that the amount in controversy is not met.  But this argument ignores Plaintiff's Civil Remedy Notice that indicates that Plaintiff's damages are $182,500 "in addition to her medical bills and past lost wages."  (Dkt. #1 at 39-41).  Plaintiff's pre-suit demand letter also describes Plaintiff's damages as $182,500 "in addition to her medical bills and past lost wages."  (Dkt. #1 at 91-92).  Notably, Plaintiff also requests attorney's fees and seeks damages related to a bad faith claim.  Accordingly, the amount in controversy clearly exceeded $75,000 at the time of removal.  It is therefore

ORDERED AND ADJUDGED that:

1.Plaintiff's Response to Defendant's Notice of Removal and Remand to State Court (Dkt. #5), which this Court construes as a Motion to Remand, is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of April, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Even\2016\16-cv-760 remand 5.docx

2